IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| BRAD JENNINGS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 18-3261-CV-C-WJE |
| | ) | |
| DANIEL F. NASH, | ) | |
| | ) | |
| Defendant. | ) | |

## JURY QUESTIONS PROPOSED TO DR. TERRI WEAVER

Can overwhelming guilt be one of the emotions that could lead to PTSD?